**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Jaimie Ann Allmaras | Social Security number or ITIN | xxx–xx–0808 |
| | First Name    Middle Name    Last Name | EIN    _ _–_ _ _ _ _ _ _ | |
| Debtor 2 | | Social Security number or ITIN   _ _ _ _ | |
| (Spouse, if filing) | First Name    Middle Name    Last Name | EIN    _ _–_ _ _ _ _ _ _ | |

United States Bankruptcy Court   Southern District of California

Case number:   23–00146–MM7

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Jaimie Ann Allmaras
aka Jaimie Jesky

<u>5/2/23</u>

**By order of the court:**   <u>Michael Williams</u>
Clerk of the Bankruptcy Court

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                **Order of Discharge**                page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for most taxes;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- ♦ some debts which the debtors did not properly list;

- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

Official Form 318                    **Order of Discharge**                    page 2

United States Bankruptcy Court

Southern District of California

In re:                                                                                          Case No. 23-00146-MM

Jaimie Ann Allmaras                                                                     Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0974-3                              User: admin                                    Page 1 of 2

Date Rcvd: May 03, 2023                       Form ID: 318                                    Total Noticed: 21

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 05, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jaimie Ann Allmaras, 2382 Carol View Dr., Apt. F115, Cardiff by the Sea, CA 92007-2045 |
| 14992125 | | Jefferson Capital, P.O. Box 30281, Saint Cloud, MN 56303 |
| 14992126 | + | Kimball, Tirey & St. John, LLP, 7676 Hazard Center Drive, Ste. 900-C, San Diego, CA 92108-4515 |
| 14992131 | + | Progressive Management Systems, 1521 West Cameron Ave., P.O. Box 2220, West Covina, CA 91793-2220 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | | EDI: QCRBARCLAY2.COM | May 04 2023 02:57:00 | Christopher R. Barclay, P.O. Box 2819, La Mesa, CA 91943-2819 |
| smg | | EDI: CALTAXFEE | May 04 2023 02:57:00 | California Department of Tax and Fee Administratio, Account Information Group, MIC:29, P.O. Box 942879, Sacramento, CA 94279-0029 |
| smg | ^ | MEBN | May 03 2023 23:03:55 | Div. of Labor Standards Enforcement, 7575 Metropolitan Drive, Suite 210, San Diego, CA 92108-4424 |
| smg | + | EDI: EDD.COM | May 04 2023 02:57:00 | Employment Develop. Dept., State of CA, Bankruptcy Unit - MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | May 04 2023 02:57:00 | Franchise Tax Board, Attn: Bankruptcy, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | + | Email/Text: ustp.region15@usdoj.gov | May 03 2023 23:08:00 | United States Trustee, Office of the U.S. Trustee, 880 Front Street, Suite 3230, San Diego, CA 92101-8897 |
| 14992121 | + | EDI: BANKAMER.COM | May 04 2023 02:57:00 | Bank of America, P.O. Box 15019, Wilmington, DE 19850-5019 |
| 14992122 | | EDI: BANKAMER.COM | May 04 2023 02:57:00 | Bank of America, P.O. Box 851001, Dallas, TX 75285-1001 |
| 14992123 | + | EDI: CKSFINANCIAL.COM | May 04 2023 02:57:00 | CKS Prime Investments LLC, 505 Independence Pkwy., Chesapeake, VA 23320-5178 |
| 14992124 | | EDI: IRS.COM | May 04 2023 02:57:00 | Internal Revenue Service, Centralized Insolvency Oper., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14992127 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 03 2023 23:15:08 | LVNV Funding, P.O. Box 10497, Greenville, SC 29603-0497 |
| 14992128 | + | Email/Text: bankruptcydpt@mcmcg.com | May 03 2023 23:08:00 | Midland Funding, LLC, 350 Camino Del La Reina, Ste. 100, San Diego, CA 92108-3007 |

District/off: 0974-3                          User: admin                          Page 2 of 2

Date Rcvd: May 03, 2023                       Form ID: 318                          Total Noticed: 21

| 14992129 | | EDI: PRA.COM | | | |
| | | | May 04 2023 02:57:00 | Portfolio Recovery Associates, 120 Corporate Blvd., Ste. 100, Norfolk, VA 23502 |
| 14992229 | + | EDI: RECOVERYCORP.COM | | | |
| | | | May 04 2023 02:57:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14992132 | + | EDI: PMSCOLLECTS.COM | | | |
| | | | May 04 2023 02:57:00 | Progressive Management Systems, 1521 W. Cameron Ave., Flr. 1, West Covina, CA 91790-2738 |
| 14992134 | | Email/Text: bankruptcy@sunbit.com | | | |
| | | | May 03 2023 23:07:00 | Tab/Sunbit, 10880 Wilshire Blvd., Ste. 870, Los Angeles, CA 90024 |
| 14992133 | ^ | MEBN | | | |
| | | | May 03 2023 23:04:39 | Suttell, Hammer & White, APC, P.O. Box C-90006, Bellevue, WA 98009 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14992130 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, P.O. Box 12903, Norfolk, VA 23541 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 05, 2023                    Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 2, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher R. Barclay | admin@crb7trustee.com  mlcunanan@crb7trustee.com;QCRBARCLAY2@ecf.axosfs.com |
| Jeffrey D. Larkin | on behalf of Debtor Jaimie Ann Allmaras larkinfirm@gmail.com  larkinjr71997@notify.bestcase.com |
| United States Trustee | ustp.region15@usdoj.gov |

TOTAL: 3