**CSD 1001A** [07/01/18]
Name, Address, Telephone No. & I.D. No.

Jeffrey D. Larkin, SBN# 228684
The Larkin Law Firm
5927 Balfour Ct., Ste. 202
Carlsbad, CA 92008
(760) 316-6050 p  (760) 692-2259 f
larkinfirm@gmail.com

Order Entered on
May 10, 2023
by Clerk U.S. Bankruptcy Court
Southern District of California

## UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
JAIMIE ANN ALLMARAS

Debtor.

BANKRUPTCY NO. 23-00146-MM7

Date of Hearing: May 4, 2023
Time of Hearing: 10:00am
Name of Judge:  Margaret M. Mann

## ORDER ON
### DEBTOR'S MOTION TO AVOID JUDICIAL LIEN AGAINST PERSONAL PROPERTY OF DEBTOR PURSUANT TO 11 U.S.C. 522

The court orders as set forth on the continuation pages attached and numbered __2__ through __2__ with

exhibits, if any, for a total of __2__ pages.  Motion/Application Docket Entry No. __13__.

//

//

//

//

//

//

//

DATED:    May 9, 2023

Judge, United States Bankruptcy Court

CSD 1001A

**CSD 1001A** [07/01/18]**(Page 2)**
ORDER ON DEBTOR'S MOTION TO AVOID JUDICIAL LIEN AGAINST PERSONAL PROPERTY OF DEBTOR
DEBTOR: JAIMIE ANN ALLMARAS                                    CASE NO: 23-00146-MM7

---

On March 28, 2023 Debtor filed and served her Notice of Hearing on Motion to Avoid Judicial Lien Pursuant to 11 U.S.C. 522. The hearing was scheduled for May 4, 2023 at 10:00am in Department 1, Room 218 of the United States Bankruptcy Court.  The deadline to oppose the motion was April 11, 2023. No opposition was filed.

The Court having reviewed the motion and declaration of the debtor in support, and otherwise good cause appearing therefrom,

IT IS HEREBY ORDERED that the Judicial Lien of Bank of America, N.A. in case number 37-2017-00044991-CL-CL-NC in the Superior Court of California, County of San Diego is avoided in its entirety.

IT IS FURTHER ORDERED that Bank of America, N.A. refund the Debtor the sum of $1,591.34 for wages garnished in the 90 days prior to her bankruptcy filing. Said refund should be made payable to "Jaimie Allmaras" and mailed to her attorney's office at the address below.

Jeffrey D. Larkin, Esq.
5927 Balfour Ct., Ste. 202
Carlsbad, CA 92008

CSD 1001A

Signed by Judge Margaret M. Mann May 9, 2023