# Notice Recipients

District/Off: 0974–3                User: Admin.                Date Created: 5/10/2023
Case: 23–00146–MM7              Form ID: pdfO2              Total: 3

**Recipients of Notice of Electronic Filing:**
tr          Christopher R. Barclay        admin@crb7trustee.com
aty         Jeffrey D. Larkin             larkinfirm@gmail.com

                                                                    TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Jaimie Ann Allmaras       2382 Carol View Dr., Apt. F115        Cardiff by the Sea, CA 92007

                                                                    TOTAL: 1